1   THOMAS E. WINNER
Nevada Bar No. 5168
2   MATTHEW J. DOUGLAS
Nevada Bar No. 11371
3   WINNER BOOZE & ZARCONE
1117 South Rancho Drive
4   Las Vegas, Nevada 89102
Phone (702) 243-7000
5   Facsimile (702) 243-7059
twinner@winnerfirm.com
6   mdouglas@winnerfirm.com
*Attorneys for GEICO Casualty Company.*

7
UNITED STATES DISTRICT COURT

8
DISTRICT OF NEVADA

9

10   HECTOR TOPETE, individually; CINDY
TOPETE, individually, and on behalf of
11   ██████████████████████, a
minor, and ████████████████, a
12   minor,

        Plaintiffs,
13
vs.
14
GEICO CASUALTY COMPANY, a foreign
15   corporation; DOE INDIVIDUALS I through
X, inclusive; and ROE BUSINESS
16   ENTITIES I through X, inclusive,

        Defendants.

CASE NO.:  2:22-cv-00593-JCM-BNW

**STIPULATION ON DAMAGES AND
FOR REMAND TO STATE COURT**

17

18          COMES NOW Defendant GEICO CASUALTY COMPANY, by and through its counsel,

19   Matthew J. Douglas, Esq. and Thomas E. Winner, Esq. of the law offices of WINNER BOOZE

20   & ZARCONE and Plaintiffs HECTOR TOPETE, individually; CINDY TOPETE, individually,

21   and on behalf of ███████████████ a minor, and ████████████, a

22   minor, by and through their counsel of record Joel S. Hengstler, Esq. of the 702 FIRM and

23   respectfully submit the following Stipulations:

24          IT IS HEREBY STIPULATED by and between Matthew J. Douglas, Esq. and Thomas E.

25   Winner, Esq. of the law offices of WINNER BOOZE & ZARCONE and Plaintiffs HECTOR

26   TOPETE, individually; CINDY TOPETE, individually, and on behalf of ████████

27   ███████████ a minor, and ████████████, a minor, by and through their

28

counsel of record Joel S. Hengstler, Esq. of the 702 FIRM that the maximum amount of damages that will be sought, requested, or demanded by ALL Plaintiffs combined (HECTOR TOPETE, individually; CINDY TOPETE, individually, and on behalf of ██████████████ ██ a minor, and ████████████████, a minor) for ALL claims set forth in Plaintiffs Complaint herein (for Breach of UM/UIM Breach of the Implied Covenant of Good Faith and Fair Dealing and/or statutory violations of NRS. 686A.310 *et seq*., and punitive damages) shall not exceed $75000.00 in this case or after this case is remanded to state court under Case No. A-22-849438-C.

IT IS HEREBY FURTHER STIPULATED by and between Matthew J. Douglas, Esq. and Thomas E. Winner, Esq. of the law offices of WINNER BOOZE & ZARCONE and Plaintiffs HECTOR TOPETE, individually; CINDY TOPETE, individually, and on behalf of ██████████████████, a minor, and ██████████████, a minor, by and through their counsel of record Joel S. Hengstler, Esq. of the 702 FIRM that because Plaintiffs stipulated damages are below the jurisdictional amount, that this Court direct the Clerk of this Court to Remand this case back to the Eighth Judicial District Court for Clark County, Nevada,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    Department 31, Case No. A-22-849438-C and CLOSE THIS CASE.

2    Dated:  May  25, 2022            WINNER BOOZE & ZARCONE

3

4                                    */s/ Thomas E. Winner*
                                   Thomas E. Winner, Esq.

5                                    Nevada Bar No 5168
                                   Matthew J. Douglas, Esq.

6                                    Nevada Bar No. 11371
                                   1117 South Rancho Drive

7                                    Las Vegas, Nevada 89102
                                   *Attorneys for Defendant GEICO*

8

     Dated:  May 25, 2022            THE702FIRM

9

10                                 */s/Joel S. Hengstler*
                                  Michael C. Kane, Esq.

11                                   Nevada Bar No. 10096
                                  Bradley J. Myers, Esq.

12                                   Nevada Bar No. 8857
                                  Joel S. Hengstler, Esq.

13                                   Nevada Bar No. 11597
                                  400 S. Fourth St., 4th Fl.

14                                   Las Vegas, NV 89101
                                  *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that based on Plaintiffs stipulation that they will not seek or otherwise request damages for all Plaintiffs combined, on all claims in the complaint, shall not exceed $75,000.00 in this case or in the remanded state court action, Case No. A-22-849438-C, that this Court directs the Clerk of this Court to Remand this case back to the Eighth Judicial District Court for Clark County, Nevada, Department 31, Case No. A-22-849438-C and CLOSE THIS CASE.

IT IS SO ORDERED this ____27th____ day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE